Commonwealth *v.* Johnson, Appellant.

Submitted April 12, 1972. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Johnson, Appellant.

Submitted April 12, 1972. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

818

Submitted April 11, 1972. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted April 13, 1972. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kaczynski, Appellant.

Submitted April 10, 1972. *Andrew Kaczynski,* appellant, in propria persona; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.